USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANGELICA JIMENEZ,

                        Plaintiff,

      -against-

TARGET CORPORATION,

                        Defendant.

------------------------------------------------------------------X

21-CV-2626 (PGG) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Order transferring this matter to the U.S. District Court for the Eastern District of New York on April 7, 2021 (doc. no 10) the Initial Case Management Conference scheduled for **June 28, 2021** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
               April 15, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge